25440.   WARREN *v.* THE STATE.

MACINTYRE, J.   1. The verdict finding the defendant guilty on an accusation charging him with having, controlling, and possessing intoxicating liquors was authorized by the evidence.

2. The other grounds of the motion for new trial are without merit and show no cause for reversal.

3. The court did not err in overruling the motion for new trial.

*Judgment affirmed.   Broyles, C. J., and Guerry, J., concur.*

DECIDED JULY 6, 1936.

*Willis Smith,* for plaintiff in error.
*Emmett Smith, solicitor,* contra.